Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOURGEMAN, Plaintiff<br><br>vs<br><br>Collins Financial Services, Inc., a corporation; Nelson & Kennard, a partnership; Dell Financial Service, L.P., a limited partnership; DFS Acceptance, a corporation; DFS Production, a corporation; American Investment Bank, N.A., a corporation; and DOES 1 through 10, inclusive | SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>'08 CV 1392 JLS NLS |

FILED
08 JUL 31 PM 3:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEP

TO: (Name and Address of Defendant)




   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Daniel P. Murphy, Esq. (SBN 153011)
4691 Torrey Circle, A306
San Diego, CA 92130


   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


| W. Samuel Hamrick, Jr. | JUL 31 2008 |
|---|---|
| CLERK | DATE |



By _____, Deputy Clerk

Summons in a Civil Action                                                                                     Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR