# EXHIBIT A

1    A.  I remember sometimes I made for $200, sometimes
2  I made them for $300, but I don't recall exactly.  I
3  mean, maybe looking at them.  But I don't recall the
4  exact amounts that I would pay, no.
5    Q.  Did anyone ever make any payments on your
6  Inspirion computer on your behalf?
7    A.  Yes.
8    Q.  Who would have done that?
9    A.  My parents.
10    Q.  Do you recall how often they would have done
11  that?
12    A.  No, I don't.  I know it was a couple of times,
13  but not -- not often.  Obviously it was sometimes in
14  front of me, you know, giving them the money and I'd say
15  make me a check because I didn't want to go to get the
16  postal money order and pay extra money.
17    Q.  Okay.  So your parents would have written a
18  check to Dell Financial Services?
19    A.  Yes.
20    Q.  And that happened once or twice?
21    A.  Yes.
22    Q.  Anyone other than your parents make any
23  payments on your behalf on the computer?
24    A.  No.
25    Q.  Do you know whether your parents maintain any

34

1    A.  Yes.
2    Q.  And how did you obtain that balance?
3    A.  Over the phone.
4    Q.  Did you speak with somebody, or was it a
5  recorded message?
6    A.  No, no.  I spoke with somebody.
7    Q.  Did you ever get any names of persons with whom
8  you spoke?
9    A.  No, I did not.
10    Q.  In order to determine what your payoff balance
11  was, you would have called the same number on the
12  invoice?
13    A.  Yes.
14    Q.  Do you recall ever making any payments on your
15  Dell computer late?
16    A.  Yes.
17    Q.  Do you know if that happened more than once?
18    A.  I think so, yes.
19    Q.  Is it your understanding that you owed late
20  fees as a result of making payments untimely?
21    A.  Yes, of course.
22    Q.  And is it your understanding that you paid the
23  late fees in addition to the amounts owing?
24    A.  Yes.
25    Q.  Do you recall the approximate date that you

36

1  proof of payment on your Dell computer?
2    A.  No.
3    Q.  You don't know?
4    A.  I've asked.  No.
5    Q.  They don't have it?
6    A.  No.
7    Q.  Do you recall receiving these invoices such as
8  the one that's Bates numbered DT 0007 by email?
9    A.  Never.
10    Q.  You never did?
11    A.  No.
12    Q.  Did you ever check online to determine the
13  outstanding balance on your computer?
14    A.  Not that I recall.
15    Q.  Were you aware that the principal balance on
16  your computer was not the total payoff balance?
17    A.  Yes.
18    Q.  How did you know that?
19    A.  Because I have other -- other loans and I know
20  there is a principal and I know there is -- there is a
21  principal balance and I know there is a payoff balance.
22    Q.  And it's your understanding that you paid off
23  the entire balance on your --
24    A.  Yes.
25    Q.  -- computer?

35

1  believe you paid off the entire payoff balance on your
2  Dell computer?
3    A.  I think it was about 2003.  2003, almost in
4  2004.  I can't give you a specific date.
5    Q.  Did you ever receive anything from Dell or Dell
6  Financial Services that you recall that indicated that
7  you had paid your computer off in full?
8    A.  No.
9    Q.  How about from CIT?  Did they send you anything
10  indicating --
11    A.  CIT?
12    Q.  CIT Bank that you --
13    A.  Citibank?
14    Q.  CIT.
15    A.  Oh, I don't -- no, I haven't -- I didn't
16  receive anything.
17    Q.  You didn't receive anything from anybody
18  that --
19    A.  No.
20    Q.  -- indicated that your computer was paid off in
21  full?
22    A.  No.
23    Q.  You just determined what the outstanding
24  balance was and you --
25    A.  Over the phone.

37

1  **Q. You made a payment on it?**
2  A. Yes.
3  **Q. Was it your understanding that the total amount**
4  **financed on the loan agreement was $1,412 on your**
5  **computer?**
6  A. Yes. At the time, yes.
7  **Q. Do you recall the total amount that you**
8  **actually paid with respect to your computer on this**
9  **financing?**
10 A. The end balance?
11 **Q. Yes.**
12 A. I don't remember the exact amount.
13 **Q. Do you recall paying $2,209.44 in total?**
14 A. I don't recall that. I mean, I -- I don't
15 recall how much I paid. I know when they told me on the
16 phone this is the last payment, I paid it, and that was
17 it.
18 **Q. So you don't recall the total amount that you**
19 **paid?**
20 A. No, I don't, no. I don't recall how much I
21 paid.
22 **Q. And you don't have any documentation indicating**
23 **how much you paid?**
24 A. I do not.
25 **Q. Do you recall ever receiving notices from Dell**
                                                    38

1  **Financial Services and/or Dell that there were payments**
2  **owing on your computer after August of 2003?**
3  A. No.
4  **Q. Did you make any phone calls to Dell Financial**
5  **Services or Dell with respect to the Inspirion computer**
6  **that you financed after August of 2003?**
7  A. No.
8  **Q. Did your parents ever talk with you about mail**
9  **that they received from Dell Financial Services addressed**
10 **to you on or after August of 2003?**
11 A. They didn't know it was from Dell, and neither
12 did I, but we received -- that has nothing to do with
13 this.
14 MR. WEAVER: Other than the summons.
15 BY MS. WEGNER:
16 **Q. Well, can you answer my question?**
17 A. Okay. No.
18 **Q. Tell me, have you had any discussions with your**
19 **parents in the last six months about your lawsuit against**
20 **Dell Financial Services?**
21 A. Yes.
22 **Q. Okay. What have you discussed with them?**
23 A. I've discussed that -- that I've had problems
24 with -- credit problems because of this situation, and
25 I've discussed that I have hired a lawyer for these
                                                    39

1  situations, and embarrassment that I had recently coming
2  to my parents' house.
3        You know, my parents got all scared because
4  they got this letter from -- from a lawyer, and my
5  parents didn't know it was -- you know, some sheriff just
6  shows up at your residence showing a lawsuit. So they
7  know that this -- they know I'm pursuing this based on
8  all those -- all those problems that I've been having.
9  **Q. Aside from the sheriff showing up with a**
10 **summons for the lawsuit, are you aware of any other -- or**
11 **are you aware of any mail or paperwork that your parents**
12 **received --**
13 A. No.
14 **Q. -- from --**
15 A. Sorry.
16 **Q. That's okay.**
17 A. Because I thought you had already said that.
18 I'm sorry.
19 **Q. -- from or on behalf of Dell Financial Services**
20 **with respect to the Inspirion computer?**
21 A. No.
22 **Q. What do your parents do with the mail that they**
23 **receive addressed to you?**
24 MR. WEAVER: Calls for speculation.
25 BY MS. WEGNER:
                                                    40

1  **Q. Do you know? You can answer.**
2  A. No, I -- I really don't know.
3  **Q. Do your parents have a practice of gathering up**
4  **all the mail that you receive and either mailing it to**
5  **you or giving it to you when they see you?**
6  A. Most of the times, yes. Most of the times they
7  give me all the mail that is -- at least if it's not junk
8  mail. You know, they don't give me anything from Vons or
9  Ralphs or stuff like that, no.
10 **Q. So you leave it to your parents' discretion to**
11 **determine what's junk mail that's addressed to you to**
12 **dispose of?**
13 A. They basically know what's important and what's
14 not.
15 **Q. Do they open your mail?**
16 A. Sometimes, if they have authority by me.
17 **Q. Have you had any discussions with your parents**
18 **with respect to their receipt of the monthly invoices**
19 **from Dell Financial Services?**
20 A. Would you repeat the question?
21 **Q. Sure. Did you ever talk with your parents**
22 **about their recollection of receiving monthly invoices**
23 **from Dell Financial Services on your computer?**
24 A. No.
25 MR. WEAVER: Vague as to time.
                                                    41

1     A.  No.
2     Q.  Do you know whether your parents received any
3  phone calls with respect to your loan after August of
4  2003 from Dell financial?
5     A.  Not that I believe so.
6     Q.  Aside from the summons and complaint that
7  you've testified to today, are you aware of any other
8  documentation that was delivered to the Port Renwick
9  address after August of 2003 relating to your loan with
10  Dell Financial Services?
11     A.  Not that I'm aware.
12     Q.  Are you aware of any other documentation
13  delivered to any other address, either yours in Mexico or
14  any others your parents may have maintained after August
15  of 2003 relating to your loan with respect to –
16     A.  No.
17     Q.  – the Inspirion computer?
18     A.  Not that –
19     Q.  Okay.  So after the first you heard from anyone
20  about your loan with Dell Financial Services, after you
21  believe you'd paid it off, in or around August of 2003,
22  the first you heard again about it was when you received
23  the summons and complaint that you testified to
24  previously.  Is that correct?
25     A.  That is correct.

90

1     MS. WEGNER:  Okay.  I don't have any further
2  questions.
3
4                    EXAMINATION
5  BY MR. TOPOR:
6     Q.  Good afternoon, Mr. Tourgeman.
7     A.  How are you doing?
8     Q.  I'm fine, Mr. Tourgeman.  Again, my name is
9  Jeff Topor and I represent Collins Financial Services and
10  Nelson & Kennard.  I've got some follow-up questions and
11  I also have some questions about a few other things that
12  were not discussed yet this morning.
13          When did you first receive the summons and
14  complaint that was apparently delivered to your parents'
15  home?
16     A.  The day of the letter.
17     Q.  The day of which letter?
18     A.  The day the sheriff arrived at my parents'
19  house.
20     Q.  So you were there when –
21     A.  I was not there, no.
22     Q.  Okay.  But you were not there when the
23  documents were served.  Is that what you're saying?
24     A.  I was not there when the documents were served.
25  No, I was not there.

91

1     Q.  But the same day that they were served –
2     A.  Actually, no, it was not the same day.  It was
3  maybe like a week later.  I was traveling and my parents
4  couldn't get ahold of me.  I don't know if it was a week,
5  but maybe five days, somewhere around there.
6     Q.  Let's see.  I thought we marked the – well,
7  that's fine.
8          So it was about a week after – within about a
9  week after your parents.
10     A.  Within, around, yes.
11     Q.  I guess I was kind of curious why you decided
12  to finance this computer instead of pay for it in full
13  when you purchased it.
14     A.  It was just an option.
15     Q.  Okay.  Do you recall what the interest rate was
16  for the –
17     A.  I don't recall, but I was seeing it right here.
18     Q.  We will take a look at page 2 of Exhibit 2.  We
19  see the annual percentage rate there in the middle of the
20  page?
21     A.  23.99.
22     Q.  Does that ring a bell?
23     A.  I believe so.
24     Q.  Take a look at Exhibit 5, which is your
25  Responses to Dell's Request for Admissions, and you were

92

1  asked about your response to Request For Admission
2  Number 3.
3     A.  Where is this at?
4     Q.  It's at the bottom of page 3 of Exhibit 5.
5     A.  Bottom of page 3.
6     Q.  Do you remember – this is where we were asking
7  about this request for admission and your response.
8     A.  Request for admission.
9     MR. WEAVER:  Do you remember being asked that
10  question?
11     THE WITNESS:  Yes.
12  BY MR. TOPOR:
13     Q.  Okay.  And it asked you to admit that you
14  didn't pay the entire balance of the loan on or before
15  December 26, 2003.  Right?
16     A.  There it is, this question again.  Like I said,
17  I've paid – I paid my balance.  I paid the whole thing.
18     Q.  Right.  No, I understand that.  I'm just trying
19  to find out – you deny – you said you were without
20  sufficient information to form a belief as to the –
21  actually, strike this.  I think I understand now.  I
22  apologize.
23          You were discussing an American Express card
24  that you applied for online that was denied, and you said
25  you submitted that application, you thought, about two

93