1  DANIEL P. MURPHY (CA 153011)
   dmurphy245@yahoo.com
2  4691 Torrey Circle, A306
   San Diego, California 92130
3  Telephone: (619) 379-2460

4  JOHNSON BOTTINI, LLP
   Francis A. Bottini, Jr. (CA 175783)
5  frankb@johnsonbottini.com
   Brett M. Weaver (CA 204715)
6  brett@johnsonbottini.com
   Derek J. Wilson (CA 204715)
7  derekw@johnsonbottini.com
   655 West Broadway, Suite 1400
8  San Diego, California 92101
   Telephone: (619) 230-0063
9  Facsimile: (619) 233-5535

10 *Attorneys for Plaintiff DAVID TOURGEMAN*

11                    UNITED STATES DISTRICT COURT

12                    SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  DAVID TOURGEMAN, on Behalf of Himself and All Others Similarly Situated, | Case No. 08-CV-1392-JLS (NLS) |
| 14 | **PROOF OF SERVICE** |
| 15                        Plaintiff, | |
| 16       vs. | |
| 17  COLLINS FINANCIAL SERVICES, INC., a Texas corporation; NELSON & KENNARD, a California partnership; DELL FINANCIAL | |
| 18  SERVICES, L.P., a Delaware limited partnership; CIT FINANCIAL USA, INC., | |
| 19  a Delaware corporation; and DOES 1 through 10, inclusive, | |
| 20 | |
| 21                        Defendants. | |

22    I am employed in the County of San Diego. I am over the age of eighteen (18) years and am not

23 a party to the within entitled action. My business address is 501 West Broadway, Suite 1720,

24 San Diego, CA 92101.

25    On March 5, 2010, I served a copy of the following document:

26 1) **NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS AND FOR SANCTIONS;**

27

28

-1-

2) **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS AND FOR SANCTIONS;**

3) **PLAINTIFF DAVID TOURGEMAN'S SEPARATE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES TO DEFENDANT COLLINS FINANCIAL SERVICES, INC.;**

4) **PLAINTIFF DAVID TOURGEMAN'S SEPARATE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES TO DEFENDANT NELSON & KENNARD; and**

5) **DECLARATION OF BRETT M. WEAVER IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS AND FOR SANCTIONS.**

X **[BY ELECTRONIC ACCESS]** I hereby certify that the foregoing documents were filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties on the electronic service list maintained for this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2010, at San Diego, California.

*s/ Brett M. Weaver*
BRETT M. WEAVER

-2-

Case No. 08-CV-1392-JLS (NLS)                                                                 PROOF OF SERVICE