1   DANIEL P. MURPHY (CA 153011)
    dmurphy245@yahoo.com
2   4691 Torrey Circle, A306
    San Diego, California  92130
3   Telephone:  (619) 379-2460

4   JOHNSON BOTTINI, LLP
    Francis A. Bottini, Jr. (CA 175783)
5   frankb@johnsonbottini.com
    Brett M. Weaver (CA 204715)
6   brett@johnsonbottini.com
    501 West Broadway, Suite 1720
7   San Diego, California  92101
    Telephone:  (619) 230-0063
8   Facsimile:  (619) 238-0622

9   *Attorneys for Plaintiff DAVID TOURGEMAN*

10                  **UNITED STATES DISTRICT COURT**

11              **SOUTHERN DISTRICT OF CALIFORNIA**

12

13  DAVID TOURGEMAN, on Behalf of Himself     CASE NO.: 08-CV-1392-JLS(NLS)
    and All Others Similarly Situated,
                                              **DECLARATION OF BRETT M. WEAVER**
14              Plaintiff,                    **IN SUPPORT OF PLAINTIFF'S REPLY**
                                              **TO OPPOSITION TO MOTION TO**
15              vs.                           **COMPEL FURTHER RESPONSES TO**
                                              **DISCOVERY REQUESTS AND FOR**
16  COLLINS FINANCIAL SERVICES, INC.,         **SANCTIONS**
    a Texas corporation; NELSON & KENNARD,
17  a California partnership; DELL FINANCIAL
    SERVICES, L.P., a  Delaware limited       Date:        April 5, 2010
18  partnership; CIT FINANCIAL USA, INC., a   Time:        9:30 a.m.
    Delaware corporation; and DOES 1 through 10, Courtroom:  1101
19  inclusive,                                Judge:       Hon. Nita L. Stormes

20              Defendants.

21

22

23

24

25

26

27

28

---

DEC. OF BRETT M. WEAVER IN SUPPORT OF PLAINTIFF'S REPLY TO OPPOSITION
TO MOTION TO COMPEL; CASE NO. 08-CV-1392-JLS (NLS)

1    I, Brett M. Weaver, declare as follows:

2    I am an attorney admitted to practice in the State of California and am counsel of record for

3    Plaintiff David Tourgeman in this action. I have personal knowledge of the facts stated below. If

4    called upon to do so, I could and would competently testify thereto.

5    1.    As of this filing date, I have exchanged six letters, several emails, and engaged in a

6    nearly two-hour telephonic discussion with Collins Financial Inc.'s ("Collins") and Nelson &

7    Kennard's ("Nelson") counsel, Tomio Narita, regarding this discovery dispute.

8    2.    During our telephonic meet & confer discussion on January 7, 2010, Mr. Narita

9    confirmed that Paragon Way is Collins's subsidiary and collects debts on Collins's behalf. Mr.

10    Narita agreed to provide supplemental responses and documents related to Paragon Way. Thus, Mr.

11    Narita represented that he would provide supplemental responses to many of the discovery responses

12    he now claims were never discussed.

13    3.    The state court summons and complaint that was served on Tourgeman's father listed

14    the creditor as American Investment Bank. But Tourgeman never owed a debt to American

15    Investment Bank. According to Defendant DFS, Tourgeman's loan agreement was with CIT. Thus,

16    Defendants listed the wrong creditor on the state court summons and complaint.

17    4.    The parties noticed the deposition of Patricia Baxter, Collins's Senior Vice President

18    and General Counsel, for January 21, 2010. I cancelled the deposition because Collins did not

19    provide the requested supplemental responses and responsive documents in a timely manner. The

20    January 29, 2010 deposition of Jonathon Ayers, an attorney employed at Nelson, was also taken off

21    the calendar because Nelson failed to provide verified supplemental discovery responses.

22    I declare under penalty of perjury under the laws of the United States of America that the

23    foregoing is true and correct.

24    Executed this 29th day of March, 2010, at San Diego, California.

25

26    /s/ Brett M. Weaver
      BRETT M. WEAVER

27

28
                                    1
DEC. OF BRETT M. WEAVER IN SUPPORT OF PLAINTIFF'S REPLY TO OPPOSITION
TO MOTION TO COMPEL; CASE NO. 08-CV-1392-JLS (NLS)