DANIEL P. MURPHY (CA 153011)
dmurphy245@yahoo.com
4691 Torrey Circle, A306
San Diego, California 92130
Telephone: (619) 379-2460

JOHNSON BOTTINI, LLP
Francis A. Bottini, Jr. (CA 175783)
frankb@johnsonbottini.com
Brett M. Weaver (CA 204715)
brett@johnsonbottini.com
Derek J. Wilson (CA 204715)
derekw@johnsonbottini.com
501 W. Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

*Attorneys for Plaintiff DAVID TOURGEMAN*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOURGEMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COLLINS FINANCIAL SERVICES, INC., a Texas corporation; NELSON & KENNARD, a California partnership; DELL FINANCIAL SERVICES, L.P., a Delaware limited partnership; CIT FINANCIAL USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 08-CV-1392-JLS (NLS)<br><br>**PROOF OF SERVICE** |

I am employed in the County of San Diego. I am over the age of eighteen (18) years and am not a party to the within entitled action. My business address is 501 West Broadway, Suite 1720, San Diego, CA 92101.

On March 29, 2010, I served a copy of the following documents:

1) **PLAINTIFF'S REPLY TO OPPOSITION TO MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS AND FOR SANCTIONS; and**

-1-

2) **DECLARATION OF BRETT WEAVER IN SUPPORT OF PLAINTIFF'S REPLY TO OPPOSITION TO MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS AND FOR SANCTIONS.**

X    **[BY ELECTRONIC ACCESS]** I hereby certify that the foregoing documents were filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties on the electronic service list maintained for this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 29, 2010, at San Diego, California.

*/s Brett M. Weaver*
Brett M. Weaver

-2-

Case No. 08-CV-1392-JLS (NLS)                                                                PROOF OF SERVICE