| | |
|---|---|
| 1 | JOHNSON BOTTINI LLP |
| | Brett M. Weaver (CA 204715) |
| 2 | brett@johnsonbottini.com |
| | Francis A. Bottini (CA 175783) |
| 3 | frankb@johnsonbottini.com |
| | Keith M. Cochran (CA 254346) |
| 4 | keithc@johnsonbottini.com |
| | 501 West Broadway, Suite 1720 |
| 5 | San Diego, CA  92101 |
| | Telephone: (619) 230-0063 |
| 6 | Facsimile: (619) 238-0622 |
| 7 | DANIEL P. MURPHY (CA 153011) |
| | dmurphy245@yahoo.com |
| 8 | 4691 Torrey Circle, A 306 |
| | San Diego, California 92130 |
| 9 | Telephone: (619) 379-2460 |
| 10 | *Attorneys for Plaintiff* DAVID TOURGEMAN |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOURGEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLLINS FINANCIAL SERVICES, INC., a corporation, NELSON & KENNARD, a California partnership, DELL FINANCIAL SERVICES, L.P., a Delaware limited partnership; CIT FINANCIAL USA, INC. a Delaware corporation; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: 08-CV-1392 JLS (NLS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CIT FINANCIAL USA, INC.** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

Plaintiff David Tourgeman ("Plaintiff") requests that, pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant CIT Financial USA, Inc. ("CIT") be dismissed **with prejudice** from the above-entitled action. Plaintiff and CIT agree to waive costs and fees.

Dated: October 27, 2010

JOHNSON BOTTINI, LLP
Brett M. Weaver
Francis A. Bottini
Keith M. Cochran

*/s/ Brett M. Weaver*
BRETT M. WEAVER

501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

Daniel P. Murphy
4691 Torrey Circle, A306
San Diego, California 92130
Telephone: (619) 379-2460

*Attorneys for Plaintiff* DAVID TOURGEMAN