# **EXHIBIT 3**

```
DATE: 8/21/08   12/18/06      FILE DATA SUMMARY          PRINTED BY: KTANAKA
    FILE #: 06-17414-0          CLL   RSK  99 Collection ACTIVE
  0900-00: Collins Financial Services, INC
  FOR REF: 5245883
     NAME: Tourgeman     David
   ADDR 1: 475 LAWN VIEW DR.         Home Phone:
   ADDR 2:
   CITY..: CHULA VISTA    CA 91910        X-REF#:         SS#:570536243
   EMPLER:                                LINK#:          B/DATE: 0/00/00
   ADDR 1:
   ADDR 2:                       Work Phone:
   CITY..:
   ATTNY.: Dan Murphy, Esq.
   ALT...:
 L/ACT: ARV    DATE: 8/19/08  S/DATE: 8/02/07  J/DATE: 0/00/00  J/AMT:       .00

         PRINCIPAL   INTEREST    A/FEES    1F/COST    NET BAL   O/COST    TOTAL
 CHARGES   1,145.93  1,047.38       .00     225.00   2,418.31      .00  2,418.31
 PAYMENT       .00        .00       .00        .00        .00      .00       .00
 BALANCE   1,145.93  1,047.38       .00     225.00   2,418.31      .00  2,418.31
 LAST PAYMENT  8/11/03   LAST INT CAL   8/11/08       3.14               3.14
 LAST PAY AMT           .00 INT RATE 10.000%         2,421.45           2,421.45
 COUNTY: SD    COURT: 1F   DOC #: 37200700072265   BOOK       PAGE
 D/L...:
 SPEC. COMM: d w s


 ************************************** NOTES *********************************************
 12/18/06  TX332 Creditor Information...                        1         SAS
              Reference No: 9812940047297930011
              Creditor Name: Collins Financial Service
              Crd. Name 2..: S, Inc
                             Al Services  In CA     -
 12/18/06  TX332 Plaintiff(s) Name Information....              2         SAS
              Plaintiff 1 Name: Collins Financial Services, In
              Plaintiff 2 Name: C
              Plaintiff 3 Name: American Investment Bank, N.A.
 12/18/06  TX332 Defendant(s) Name Information....              3         SAS
              Defendant 1 Name: David Tourgeman
 12/18/06  TX332 Miscellaneous Information....                  4         SAS
              Date Account Opened: 11/19/2001
              Date Charged Off: 04/19/2004
              Total Chg Off Balance: 0.00
              Date Sold By Orig Crd: 07/02/2006
 2/21/07   Credit Bureau Inquiry  2/21/07 Page 001                        SAS
              I TOURGEMAN,DAVID,,*
              330,,J UNIT 304,,SAN DIEGO,CA,92101*
              5 570536243*
              *TYPHK,TYPPL,PHAP,TYPCL

              0617414020070219TU       TRANSUNION CREDIT REPORT
```



CFSNK 0072

```
DATE:  8/21/08    12/18/06     FILE NOTES              PRINTED BY: KTANAKA    PG:  2 File #: 6-17414-0

              <FOR>        <SUB NAME>      <MKT SUB>  <INFILE>  <DATE>     <TIME>
              (I) P ST9901126 NELSON & KNN   12 SD     4/88    02/21/07   10:47CT

              <SUBJECT>                              <SSN>        <BIRTH DATE>
              TOURGEMAN, DAVID                       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   2/66
              <ALSO KNOWN AS>                                     <TELEPHONE>
              TOURGEMAN,BETECH,DAVID                              421-4545

              <CURRENT ADDRESS>                                   <DATE RPTD>
              1978 PARKER MOUNTAIN RD., CHULA VISTA CA. 91913      7/05
              <FORMER ADDRESS>
              330 J ST., #304. SAN DIEGO CA. 92109                 1/04
              1872 PORT RENWICK, CHULA VISTA CA. 91913
              <CURRENT EMPLOYER AND ADDRESS>          <RPTD>
              SELF
2/21/07 Credit Bureau Inquiry  2/21/07 Page 002                                SAS
                                                       5/89
-------------------------------------------------------------------------------
              S P E C I A L   M E S S A G E S
              ****HIGH RISK FRAUD ALERT:HIGH RISK FRAUD ALERT SYSTEM ACCESS NOT
                                AUTHORIZED***
              ****NOT AUTHORIZED FOR PHONE APPEND****
-------------------------------------------------------------------------------
              C O L L E C T I O N S
              SUBNAME      SUBCODE   ECOA OPENED  CLOSED $PLACED  CREDITOR       MOP
              ACCOUNT#                    VERIFIED       BALANCE  REMARKS
              CRD PRT ASSO  Y 4326001 I  12/03            $70     HOLLYWOOD VIDEO  09B
              1001499577                 2/04A            $70     PLACED FOR COLLECTIO
-------------------------------------------------------------------------------
              T R A D E S
              SUBNAME      SUBCODE   OPENED HIGHCRED TERMS   MAXDELQ  PAYPAT  1-12 MOP
              ACCOUNT#               VERFIED CREDLIM PASTDUE AMT-MOP  PAYPAT 13-24
              ECOA COLLATRL/LOANTYPE CLSD/PD BALANCE REMARKS          MO 30/60/90
              CHASE        B 26QK001 10/04  $8965    MIN185           111111111111 R01
              426690201964           2/07A  $6900    $0               111111111111
              A    CREDIT CARD               $6390                     27  0/ 0/ 0

              WELLS FARGO  B 908N736 3/06   $50.0K   24M2238          1111111111  I01
2/21/07 Credit Bureau Inquiry  2/21/07 Page 003                                SAS
              662662568812400001     2/07A           $0
              I    NOTE LOAN                 $30.0K                    10  0/ 0/ 0

              BK OF AMER   B 1597029 2/05   $20.8K   MIN564           111111111111 R01
              915                    1/07A  $20.0K   $0               11111111111
              A    CREDIT CARD              $19.1K                     23  0/ 0/ 0

              DSNB MACYS   D 2A5T001 7/00   $652              1/03   111111111111 R01
```

CFSNK 0073

```
DATE: 8/21/08    12/18/06    FILE NOTES              PRINTED BY: KTANAKA    PG:  3 File #: 6-17414-0
            460114046              1/07A  $200    $0       $37  03 XXX111111111
            I    CHARGE ACCOUNT    3/03P  $0                        48   0/ 1/ 0

            CMS/E-TRADE  B 28AT001  2/05  $20.7K  MIN377           111111111111 R01
            451237100590            8/06A $20.0K  $0               11111
            A    CREDIT CARD              $18.8K                    17   0/ 0/ 0

            DFS/CIT       F 22ZE001 11/01 $1145   48M46                     I09
            12940047297930011       4/04A         $0
            I    UNSECURED          4/04F $0      PURCH BY OTHER LENDER
            -----------------------------------------------------------------------
            I N Q U I R I E S
            DATE     SUBCODE         SUBNAME      DATE    SUBCODE       SUBNAME
              2/21/07 PST9901126(CAL) NELSON & KNN : 3/15/06 BDM0090140(ILM) WELLS FARGO
 2/21/07  Credit Bureau Inquiry  2/21/07 Page 004                              SAS
            -----------------------------------------------------------------------
            C R E D I T  R E P O R T  S E R V I C E D  B Y :
            TRANSUNION                                        800-888-4213
            2 BALDWIN PLACE, P. O. BOX 1000,CHESTER, PA. 19022
            Consumer disclosures can be obtained online through TransUnion at:
                 http://www.transunion.com/direct

                               END OF TRANSUNION REPORT

            **END REPORT PULLED 2/21/2007 8:50:40 AM [B-0/F-0/P-0/O-0/S-0] FOR 749/749****
 11/16/07  ATTORNEY/MANAGER REVIEWED                                           JA


            REDACTED



            REDACTED




******************************************** HISTORY ********************************************

DATE:  8/21/08    12/18/06      FILE HISTORY          PRINTED BY: KTANAKA    PG:  3 File #: 6-17414-0

12/06/06  MC<  *CC:W122 z2804              332                      .00
12/14/06  MC<  *CC:W122 SEE NOTES:         332                      .00
12/18/06  >FF  TX332 Ctrl # 0634910435                              .00
```

CFSNK 0074

```
DATE: 8/21/08    12/18/06      FILE HISTORY              PRINTED BY: KTANAKA    PG: 4 File #: 6-17414-0
              >FF  File: TX332056 via CC>P2PHUB                              .00
              D:A  DLR Diary Code Added                                      .00
              >FF  Outstanding Int.- 6/30/06           473.59             473.59
              >FF  Placement Amount                  1,145.93           1,619.52
              Time: 18:26
              >FF  TX332  Out: 12/14/06                                 1,619.52
              >FF  CC>P2P Out: 12/15/06 10:40                           1,619.52
              >FF  Tech Contact: Jeff Hazzard                           1,619.52
              >FF  Fwder's E-Mail Address:                              1,619.52
              >FF    rneustadt@cfsi.net                                 1,619.52
              >FF  See Notes For TX332 Crdtr Info                       1,619.52
              >FF  See Notes For TX332 Plaintiffs                       1,619.52
              >FF  See Notes For TX332 Defendants                       1,619.52
              >FF  See Notes For TX332 Misc Info                        1,619.52
              >FF  Claim Acknowledgment Required                        1,619.52
              Time: 18:40
              >FF  Claim Loaded To System                               1,619.52
              D:A  CWB Diary Code Added                                 1,619.52
              D:A  RTF Diary Code Added                                 1,619.52
              Time: 8:37
              <LT  Last To Fwd: 8/20/08 080819 00   SAS                 1,619.52
              Time: 9:17
12/19/06      6B>  BANKRUPTCY/DEATH SEARCH KDATE    BL                  1,619.52
              Time: 10:59
              <AK  EDI Acknowledgment To Fwder      SAS                 1,619.52
              Time: 8:27
12/21/06      BA<  BANKO Request Acknowledged                           1,619.52
              Time: 8:30
              BA<  BANKO Request Acknowledged                           1,619.52
              Time: 14:35
              W:C  U3/Chg Wkby From BL  to DAS      SAS                 1,619.52
              Time: 12:21
 1/03/07      D:A  RTF Changed To CWB                                   1,619.52
              D:A  RTF Diary Code Added                                 1,619.52
              Time: 12:51
              W:C  U13/Chg Wkby From DAS to T1E     EM                  1,619.52
 1/17/07      INC  Interest 08/11/03-01/17/07          393.94           2,013.46
              Time: 20:14
              AMR  Accounting Manager Review                            2,013.46
              ...  post demand letter mailed 1/17                       2,013.46
              T1   DEBT BUYER INITIAL DEMAND LTR                        2,013.46
              Time: 21:03
              F:S  File Status Code Added: PS       KC                  2,013.46
              Time: 21:16
 1/25/07      AMR  Accounting Manager Review                            2,013.46
              ...  auto chnge workby                                    2,013.46
              D:A  CWB Diary Code Added                                 2,013.46
              D:A  RTF Diary Code Added                                 2,013.46
              Time: 21:45
```

CFSNK 0075

NOL EXHIBIT 3.4

```
DATE: 8/21/08   12/18/06     FILE HISTORY              PRINTED BY: KTANAKA    PG:  5 File #:  6-17414-0
          W:C  U13/Chg Wkby From T1E to KNF    KC                    2,013.46
          Time: 18:47
2/09/07   D:D  CM1 Diary Deleted by U11        KC                    2,013.46
2/18/07   TU   RAN CREDIT REPORT                                     2,013.46
          Time: 9:48
          WST  CH: WEB SKIP TRACING                                  2,013.46
          ...  PER LEXIS                                             2,013.46
          ...  TOURGEMAN, DAVID                                      2,013.46
          ...  1978 PARKER MOUNTAIN RD                               2,013.46
          ...  CHULA VISTA, CA 91913-1694                            2,013.46
          ...  (08/2005 - Current                                    2,013.46
          ...  619-421-8897 I PH PER MALE                            2,013.46
          ...  WRONG NUMBER                                          2,013.46
          ...  NO REAL PROPERTY                KNF                   2,013.46
          Time: 10:00
          INC  Interest  1/17/07- 2/18/07              10.04         2,023.50
          POL  CL: POSTMASTER LETTER                                 2,023.50
          LSN  CL: LAST SHOT, CONSIDER SUIT                          2,023.50
          TAX  TAX SEASON OFFER                                      2,023.50
          Time: 9:51
          D:A  RTF Changed To 35                                     2,023.50
          Time: 9:51
          D:D  RFA Diary Deleted By KNF                              2,023.50
          Time: 9:51
          D:D  RTF Diary Deleted By KNF                              2,023.50
          Time: 9:51
          D:D  FLU Diary Deleted By KNF                              2,023.50
          Time: 9:52
          D\C  Debtor Comment Added            KNF                   2,023.50
2/21/07   I:R  Credit Inquiry Received                               2,023.50
          D:A  FCB Diary Code Added            SAS                   2,023.50
          Time: 19:37
3/07/07   RTP  CH: RESPONSE TO POSTMASTER                            2,023.50
          ...  LTR                                                   2,023.50
          ...  POL DTD 2/18/07                                       2,023.50
          ...  DEF RCVS MAIL AT..                                    2,023.50
          ...  330 J UNIT 304                                        2,023.50
          ...  SAN DIEGO, CA 92101                                   2,023.50
          Time: 19:39
          ARV  ACCOUNT REVIEWED                                      2,023.50
          ...  PER CBR PROFILE                                       2,023.50
          ...  .DEF POE SELF                                         2,023.50
          ...  DEF BANKS WITH BANK OF                                2,023.50
          ...  AMERICA                                               2,023.50
          ...  DEF PYING MUTIPLE TRADES                              2,023.50
          ...  CURRENT                                               2,023.50
          ...  DEF MCA                                               2,023.50
          ...  1978 PARKER MOUNTIAN RD                               2,023.50
          ...  CHULA VISTA, CA 91913                                 2,023.50
          ∴..  DEF HOME PH 619-421-4545 I PH                         2,023.50
```

CFSNK 0076

```
DATE: 8/21/08    12/18/06       FILE HISTORY            PRINTED BY: KTANAKA    PG:  6 File #:  6-17414-0
            ...  PER FEMALE WRONG NUMBER                                   2,023.50
            Time: 19:41
            ARV  ACCOUNT REVIEWED                                          2,023.50
            Time: 19:41
            ...  PER SEARCHBGUG.COM                                        2,023.50
            ...  R L Escudero                                              2,023.50
            ...  1970 Parker Mountain Rd                                   2,023.50
            ...  Chula Vista, CA                                           2,023.50
            ...  (619) 421-8580 I PH CLOSEST                               2,023.50
            ...  NEARBY TO DEF MCA (PER CBR)                               2,023.50
            ...  NMLOR                                                     2,023.50
            Time: 19:42
            !!!  CH:                                                       2,023.50
            ...  COMMUNICATION NOT BY ATTY                                 2,023.50
            ...  GET POL, AND OR SPEAK WITH                                2,023.50
            ...  SOMEONE TO VERIFY DEF ADD                                 2,023.50
            ...  PRIOR TO STL IF POSSIBLE                                  2,023.50
            Time: 19:42
            D:D  FCB Diary Deleted By KNF                                  2,023.50
            Time: 19:43
            D:A  35  for KNF 03/10/07 redated    KNF                       2,023.50
            Time: 13:44
 3/08/07    D:S  Doc(s) Scanned by rlang        IMG                        2,023.50
            Time: 15:59
 3/16/07    >SR  EDI Rcvd Reqst Spec Stat F/Fwd                            2,023.50
            ...  Media sent to CATTY            SAS                        2,023.50
            Time: 16:06
 3/25/07    D:D  CM2 Changed To CM2                                        2,023.50
            D:D  CM2 Changed To CM2                                        2,023.50
            D:A  CM3 Diary Code Added                                      2,023.50
            Time: 18:43
            D:D  CM3 Changed To CM3                                        2,023.50
            D:D  CM3 Changed To CM3                                        2,023.50
            D:D  CM3 Changed To CM3                                        2,023.50
            D:D  CM3 Changed To CM3             KC                         2,023.50
            Time: 19:44
 3/27/07    D:D  CM2 Changed To CM2                                        2,023.50
            D:D  CM2 Changed To CM2                                        2,023.50
            D:A  CM3 Diary Code Added           KC                         2,023.50
            Time: 15:58
 3/29/07    D:D  CM2 Diary Deleted by U11                                  2,023.50
            Time: 16:21
            D:D  CM3 Diary Deleted by U11                                  2,023.50
            D:D  CM3 Diary Deleted by U11                                  2,023.50
            D:D  CM3 Diary Deleted by U11       KC                         2,023.50
            Time: 20:58
 4/01/07    CMR  CMH: MANAGER REVIEWED FILE                                2,023.50
            ...  Auto Change Workby                                        2,023.50
            D:A  CWB Diary Code Added                                      2,023.50
            D:A  RTF Diary Code Added                                      2,023.50
            Time: 21:35
```

CFSNK 0077

```
DATE: 8/21/08    12/18/06     FILE HISTORY              PRINTED BY: KTANAKA    PG:  7 File #: 6-17414-0
            W:C  U13/Chg Wkby From KNF to HA      KC                   2,023.50
            Time: 8:20
4/05/07  D:A  >SR Changed To CWA                 SAS                   2,023.50
4/23/07  CHG  CHG INT 10.000 TO 10.000           KC                    2,023.50
         INC  Interest 02/18/07-04/24/07                20.40          2,043.90
         CHG  CHG INT 10.000 TO 10.000           KC                    2,043.90
         CHG  CHG INT 10.000 TO 10.000           SAS                   2,043.90
4/24/07  INC  Interest 04/23/07-04/24/07                  .31          2,044.21
         Time: 17:46
4/30/07  ARV  Rec'd a copy of paym't history                           2,044.21
         ...  and T&C. Fwding to scan            SSS                   2,044.21
         Time: 10:03
5/14/07  D:S  Doc(s) Scanned by mkennard         IMG                   2,044.21
         Time: 17:08
5/18/07  W:C  U3/Chg Wkby From HA to RB          SAS                   2,044.21
         Time: 15:13
6/07/07  D:D  RTF Diary Deleted By RB            RB                    2,044.21
         Time: 10:00
         INC  Interest  4/24/07- 6/07/07                13.81          2,058.02
         POL  CL: POSTMASTER LETTER                                    2,058.02
         LSN  CL: LAST SHOT, CONSIDER SUIT                             2,058.02
         Time: 15:14
         WST  CH: WEB SKIP TRACING                                     2,058.02
         ...  LEXIS                                                    2,058.02
         ...  TOURGEMAN, DAVID                                         2,058.02
         ...  TOURGEMAN, DAVID CESAR                                   2,058.02
         ...  TOURGEMAN, DAVID B                                       2,058.02
         ...  TOURGEMAN, BETECH DAVID                                  2,058.02
         ...  TOURGEMAN, BETECH D                                      2,058.02
         ...  TOORGEMAN, DAVID                                         2,058.02
         ...  TOUGERMAN, DAVID                                         2,058.02
         ...  TOURGEMAR, DAVID                                         2,058.02
         ...  TOURGEMUN, DAVID                                         2,058.02
         ...  1978 PARKER MOUNTAIN RD                                  2,058.02
         ...  MOUNTAIN RD                                              2,058.02
         ...  CHULA VISTA, CA 91913-1694                               2,058.02
         Time: 15:16
         ARV  ACCOUNT REVIEWED                                         2,058.02
         ...  PER LEXIS NO PROPERTY              RB                    2,058.02
         Time: 10:00
6/15/07  INC  Interest  6/07/07- 6/15/07                 2.51          2,060.53
         POL  CL: POSTMASTER LETTER                                    2,060.53
         Time: 15:35
         ARV  ACCOUNT REVIEWED                                         2,060.53
         ...  POL SENT FOR 1978 PARKE                                  2,060.53
         ...  MOUNTAIN CHULA VISTA CA 91913      RB                    2,060.53
         Time: 9:09
6/23/07  !!!  330 J St Unit 304 frwd to PO                             2,060.53
         ...  BOX 430612 San Ysidro CA                                 2,060.53
         ...  92143-0612.                        LB                    2,060.53
         Time: 13:00
```

CFSNK 0078

```
DATE: 8/21/08    12/18/06      FILE HISTORY            PRINTED BY: KTANAKA    PG:  8 File #:  6-17414-0
 6/25/07  D:S  Doc(s) Scanned by lbrotnei     IMG                       2,060.53
          Time: 19:34
 7/02/07  RTP  CH: RESPONSE TO POSTMASTER                               2,060.53
          Time: 19:34
          ...  LTR                                                      2,060.53
          ...  330 J UNIT 304 SAN DIEGO CA                              2,060.53
          ...  92101                                                    2,060.53
          ...  ---------------------------                              2,060.53
          ...  PO BOX 430612 SAN YSIDRO CA                              2,060.53
          ...  92143                                                    2,060.53
          Time: 19:36
          D:A  35 Changed To STL                                        2,060.53
          Time: 19:36
          515  EDIC: SUIT FILED                                         2,060.53
          F:S  Status Changed From: PS To: L                            2,060.53
          RAI  CD: RECORD ABSTRACT IN:                                  2,060.53
          ...  san diego county                                         2,060.53
          515  EDIC: SUIT FILED              RB                         2,060.53
          Time: 10:00
          INC  Interest  6/15/07- 7/02/07            5.34               2,065.87
          LSL  CL: LAST SHOT FILING SUIT     RB                         2,065.87
          Time: 10:07
 7/03/07  C\N  Demographic Chg-Court Name    NB                         2,065.87
          Time: 10:07
          D:S  Doc(s) Scanned by lbrotnei    IMG                        2,065.87
          Time: 10:00
          INC  Interest  7/02/07- 7/03/07             .31               2,066.18
          Time: 12:41
 7/09/07  RTP  CH: RESPONSE TO POSTMASTER                               2,066.18
          ...  LTR                                                      2,066.18
          ...  1978 PARKER MOUNTAIN RD CHULA                            2,066.18
          ...  VISTA CA 91913                                           2,066.18
          ...  ---------------------------                              2,066.18
          ...  SEE FORWARDING ADDRESS                                   2,066.18
          ...  475 LAWN VIEW DR CHULA VISTA                             2,066.18
          ...  CA 91910-7455                                            2,066.18
          Time: 12:43
          D\1  330 J Unit 304                                           2,066.18
          Time: 12:43
          D\3  San Diego       CA 921010000  RB                         2,066.18
          Time: 10:00
          INC  Interest  7/03/07- 7/09/07            1.88               2,068.06
          Time: 13:10
 7/10/07  D:S  Doc(s) Scanned by mkennard    IMG                        2,068.06
          Time: 12:37
 7/16/07  ARV  PREPARED THE S&C AND GAVE TO                             2,068.06
          ...  JA TO SIGN                                               2,068.06
          T2   TX COLLECT COMPLAINT PACKAGE  NB                         2,068.06
          Time: 10:10
 7/17/07  AR   ATTORNEY/MANAGER REVIEWED                                2,068.06
```

```
DATE:  8/21/08    12/18/06      FILE HISTORY              PRINTED BY: KTANAKA    PG:  9 File #:  6-17414-0
                ...  signed s&c. to JH for check.    JA                      2,068.06
       7/18/07  101  FILING FEE-S&C <$10K                        180.00      2,248.06
                ...  Cash Disb. #:0236               JH                      2,248.06
                Time: 10:49
       7/25/07  CD   CH: CALLED DEBTOR                                       2,248.06
                ...  (619) 656-3837 CESAR TOURGEMAN                          2,248.06
                ...  MM IN SPANISH NML               RB                      2,248.06
                Time: 15:12
       7/30/07  SV2  Service Request - Time Machine                          2,248.06
                D:A  TM1 Diary Code Added                                    2,248.06
                D:A  TM2 Diary Code Added                                    2,248.06
                Time: 15:12
                D:D  FAS Diary Deleted By KAC                                2,248.06
                Time: 15:13
                D:A  TM1 for KAC 08/06/07 redated                            2,248.06
                Time: 15:13
                D:D  TM2 Diary Deleted By KAC        KAC                     2,248.06
                Time: 10:22
       7/31/07  >SR  EDI Rcvd Reqst Spec Stat F/Fwd                          2,248.06
                ...  z2804                                                   2,248.06
                >SR  EDI Rcvd Reqst Spec Stat F/Fwd                          2,248.06
                >SR  EDI Rcvd Reqst Spec Stat F/Fwd                          2,248.06
                ...  Home Address update: 475 LAWN                           2,248.06
                ...  VIEW DR. C                                              2,248.06
                Time: 11:27
                D:D  >SR Changed To CWA                                      2,248.06
                D:A  >SR Changed To CWA                                      2,248.06
                Time: 11:27
                D:D  >SR Changed To CWA                                      2,248.06
                D:A  >SR Changed To CWA                                      2,248.06
                D:D  >SR Changed To CWA                                      2,248.06
                D:A  >SR Changed To CWA              SAS                     2,248.06
                Time: 13:32
       8/01/07  I:C  CCInv 96866 for $180.00         JH                      2,248.06
                Time: 16:25
                SAK  Service Req Acknowledged        LB                      2,248.06
                Time: 21:04
                <BC  EDI Cost Bill Sent To Fwder     SAS                     2,248.06
       8/06/07  >FC  Plaintiff1: Collins Financial                           2,248.06
                ...  Services, In                                            2,248.06
                >FC  Plaintiff2: c.                                          2,248.06
                >FC  Plaintiff3: CIT Bank                                    2,248.06
                >FC  Defendant1: David Tourgeman     332                     2,248.06
                Time:  8:10
       8/07/07  >SU  EDI Rcvd Spec Status From Fwd                           2,248.06
                ...  Special Update From: TX332      SAS                     2,248.06
                Time: 13:57
                D:D  CWA Diary Deleted By RB                                 2,248.06
                Time: 13:57
```

CFSNK 0080

NOL EXHIBIT 3.9

```
DATE: 8/21/08    12/18/06        FILE HISTORY              PRINTED BY: KTANAKA    PG: 10 File #: 6-17414-0
           D:D  CWA Diary Deleted By RB                                 2,248.06
           Time: 13:57
           D:D  CWA Diary Deleted By RB                                 2,248.06
           Time: 13:57
           D:D  CWA Diary Deleted By RB         RB                      2,248.06
           Time: 12:09
 8/10/07   NDR  RECEIVED ENDORSED COPY OF S&C                           2,248.06
           Time: 12:10
           OFS  OUT FOR SERVICE -s&c with time                           2,248.06
           ...  machine                                                 2,248.06
           Time: 12:10
           C\R  Docket Number Added                                     2,248.06
           DOC  document number                                         2,248.06
           Time: 12:10
           D:D  TM1 Diary Deleted By NB          NB                     2,248.06
           Time: 12:33
           D:S  Doc(s) Scanned by lbrotnei       IMG                    2,248.06
 8/21/07   BCA  Billed Court Costs Receive       PDP                    2,248.06
           Time: 19:39
 8/27/07   D:D  >SU Changed To CWA                                      2,248.06
           D:A  >SU Changed To CWA               SAS                    2,248.06
           Time: 10:02
 8/28/07   D:D  CWA Diary Deleted by U11         SAS                    2,248.06
           Time: 10:59
 9/12/07   D:D  <RB Diary Deleted by U11         SAS                    2,248.06
           Time: 11:27
10/29/07   ARV  EMAILED TMI; 59 DAYS LATE; SD                           2,248.06
           ...  SUP CASE; NEED STATUS ASAP       KAC                    2,248.06
           Time: 15:04
           AR   ATTORNEY/MANAGER REVIEWED                               2,248.06
           ...  Recd call from Dan Murphy,                              2,248.06
           ...  atty, 619-379-2460. Says (1)                            2,248.06
           ...  service defective; D lives in                           2,248.06
           ...  Mexico; we served at parents'                           2,248.06
           ...  house; (2) b/c D lives in                               2,248.06
           ...  Mexico, there is no                                     2,248.06
           ...  jurisdiction; and (3) out of                            2,248.06
           ...  statute. D claims he PAID OFF                           2,248.06
           ...  the account in full more than                           2,248.06
           ...  4 yrs before we sued. Asked                             2,248.06
           ...  atty fro ltr of rep or smthg                            2,248.06
           ...  from D auth'ing me to speak w/                          2,248.06
           ...  him. Sd I won't take default;                           2,248.06
           Time: 15:05
           AR   waiting to get POS from                                 2,248.06
           ...  server. Sd I will request                               2,248.06
           ...  media from client.                                      2,248.06
           ...  Emailed Elly for copies of all                          2,248.06
           ...  payments.                        JA                     2,248.06
           Time: 13:14
```

CFSNK 0081

```
DATE: 8/21/08    12/18/06      FILE HISTORY              PRINTED BY: KTANAKA    PG: 11 File #: 6-17414-0
11/02/07  A\A  Adverse Attorney Added                          2,248.06
          A\A  Assigned To Atty #:                             2,248.06
          F:S  Status Changed From: L To: DA    JA             2,248.06
          Time: 10:28
11/06/07  D:D  FTL Changed To FTL                              2,248.06
          D:D  FTL Changed To FTL               SAS            2,248.06
          Time: 15:37
11/13/07  AR   ATTORNEY/MANAGER REVIEWED                       2,248.06
          ...  Called Elly; I got copy of one                  2,248.06
          ...  check from April 2002, but                      2,248.06
          ...  there were 6 checks; last one                   2,248.06
          ...  was August 2003, which is the                   2,248.06
          ...  one we need to prove we filed                   2,248.06
          ...  within statute. She will check                  2,248.06
          ...  to see if she can get more.                     2,248.06
          Time: 15:39
          AR   Recd v.m. from OPC Dan Murphy;                  2,248.06
          ...  called him; LMTCB.               JA             2,248.06
11/14/07  MC<  *CC:W122 rcvd dell media on                     2,248.06
          ...  account                                         2,248.06
          MC<  *CC:W122 sent check copy to                     2,248.06
          ...  catty via mail and email         332            2,248.06
          Time: 7:55
11/15/07  ARV  Rcvd a copy of a check for                      2,248.06
          ...  april of 2002. I will forward                   2,248.06
          ...  this on to ja                    NB             2,248.06
          Time: 11:40
          D:D  TM2 Diary Deleted By KAC                        2,248.06
          Time: 11:40
          RPR  Recv'd Docs from Process Servr                  2,248.06
          ...  dop p/s                                         2,248.06
          D:A  PSR Diary Code Added                            2,248.06
          Time: 12:23
          RPR  Recv'd Docs from Process Servr                  2,248.06
          ...  proof & cos                                     2,248.06
          D:A  PSR Diary Code Added             KAC            2,248.06
          Time: 9:19
11/16/07  AR   ATTORNEY/MANAGER REVIEWED                       2,248.06
          ...  Recd v.m. from OPC asking me                    2,248.06
          ...  to confirm in email to him                      2,248.06
          ...  that I won't take default judg                  2,248.06
          ...  without letting him know first                  2,248.06
          ...  so he can file answer.                          2,248.06
          ...  Emailed him today.                              2,248.06
          Time: 9:50
          AR   NOTE: ATTORNEY/MANAGER                          2,248.06
          Time: 10:01
          AR                                                   2,248.06
          ...   REDACTED                                       2,248.06
```

CFSNK 0082

```
DATE: 8/21/08   12/18/06       FILE HISTORY            PRINTED BY: KTANAKA    PG: 12 File #:  6-17414-0
                ...                                                    2,248.06
         Time: 10:02      REDACTED
         AR                                                            2,248.06
         Time: 10:02
         ...  one was February 2007. Emailed                           2,248.06
         ...  VS to pull new CBR asap                                   2,248.06
         ...  please.                         JA                       2,248.06
         Time: 10:15
         ARV  10.17 attempt 7am no answer                               2,248.06
         ...  10.17 6:22pm no answer                                    2,248.06
         ...  10.18 4:42 pm no answer                                   2,248.06
         ...  10.19 11:51am no answer                                   2,248.06
         Time: 10:18
         ARV                                                            2,248.06
         ...            REDACTED                                        2,248.06
         ...                                                            2,248.06
         ...            REDACTED
         ...                                                            2,248.06
         Time: 10:20
         D:A  TM5 Diary Code Added            KAC                       2,248.06
         Time: 10:45
         AR   ATTORNEY/MANAGER REVIEWED                                 2,248.06
         ...                                                            2,248.06
         ...            REDACTED                                        2,248.06
         ...                                                            2,248.06
         ...                                                            2,248.06
         ...            REDACTED                                        2,248.06
         ...                                                            2,248.06
         ...                                                            2,248.06
         ...            REDACTED                                        2,248.06
         ...                                                            2,248.06
         ...                                                            2,248.06
         ...            REDACTED                                        2,248.06
         ...                                                            2,248.06
         ...                                                            2,248.06
         Time: 10:47
         AR             REDACTED                                        2,248.06
         ...                                                            2,248.06
         ...                                                            2,248.06
         ...            REDACTED                                        2,248.06
         ...                                                            2,248.06
         ...            REDACTED          JA                            2,248.06
         Time: 10:56
         ARV  Per JA, I ran a CBR. Gave to                              2,248.06
         ...  JA & sent copy to scan.        VS                         2,248.06
         Time: 11:50
         ARV  proof to court under p/s..to                              2,248.06
         ...  late to pull...Aline to mail                              2,248.06
         ...  docs to def under s/s and file                            2,248.06
         ...  amended proof                  KAC                        2,248.06
         Time: 8:38
```

CFSNK 0083

NOL EXHIBIT 3.12

```
DATE: 8/21/08    12/18/06      FILE HISTORY                PRINTED BY: KTANAKA    PG: 13 File #: 6-17414-0
11/19/07  D:A  PSR Changed To RFD          NB                               2,248.06
          Time: 11:38
          D:S  Doc(s) Scanned by rlang     IMG                              2,248.06
          Time: 10:43
11/20/07  D:S  Doc(s) Scanned by rlang     IMG                              2,248.06
11/26/07  812  PERSONAL SVC-38244                     45.00                 2,293.06
          ...  Cash Disb. #:1521           JJ                               2,293.06
          Time: 10:27
11/27/07  ARV  I sent ja an email to see if                                 2,293.06
          ...  he would like me to apply for                                2,293.06
          ...  jdgmt on this file          NB                               2,293.06
          Time: 11:50
          I:C  CCInv 113387 for $45.00     PDP                              2,293.06
          Time: 9:08
11/29/07  <BC  EDI Cost Bill Sent To Fwder SAS                              2,293.06
11/30/07  MC<                                                               2,293.06
          ...       REDACTED                                                2,293.06
          ...                                                               2,293.06
                    REDACTED                                                2,293.06
          ...                              332                              2,293.06
          Time: 10:04
12/04/07  D:D  <RB Diary Deleted by U11    SAS                              2,293.06
          Time: 10:49
          D:D  TM5 Diary Deleted By KAC                                     2,293.06
          Time: 10:49
          RPR  Recv'd Docs from Process Servr                               2,293.06
          ...  ameneded proof                                               2,293.06
          D:A  PSR Diary Code Added        KAC                              2,293.06
          Time: 8:51
12/06/07  DOP  RCVD DUP ORIG POS AS TO DEF1                                 2,293.06
          SS1  Sub-Served Def 1 10/21/07 @ RA                               2,293.06
          ...  475 LAWN VIEW DR. INV 38244                                  2,293.06
          ...  FOR $45 TO JJ                                                2,293.06
          D:A  DWS Diary Code Added                                         2,293.06
          Time: 8:53
          D:D  PSR Diary Deleted By NB     NB                               2,293.06
          Time: 8:07
12/14/07  D:D  DWS Diary Deleted By RB                                      2,293.06
          Time: 8:11
          D:D  FTL Diary Deleted By RB     RB                               2,293.06
          Time: 10:00
          INC  Interest 7/09/07-12/14/07             49.60                  2,342.66
          Time: 11:26
          A\3                   000000000                                   2,342.66
          Time: 13:39
          AR   ATTORNEY/MANAGER REVIEWED                                    2,342.66
          ...  Called OPC couple hrs ago;                                   2,342.66
          ...  offere $1400 SIF; OPC                                        2,342.66
          ...  chuckled. He used to be                                      2,342.66
          ...  in-house for Midland Credit.                                 2,342.66
```

CFSNK 0084

```
DATE: 8/21/08    12/18/06      FILE HISTORY              PRINTED BY: KTANAKA     PG: 14 File #: 6-17414-0
                ...  Says D lives in Mexico,                          2,342.66
                ...  Cancun. Sd Def cld fight and                     2,342.66
                ...  win ag us and wld file x-com                     2,342.66
                ...  for FDCPA violation for                          2,342.66
                ...  serving at parents' house.                       2,342.66
                ...  Told him have POL confirming                     2,342.66
                ...  it as mailing address and that                   2,342.66
                ...  is why we served there. Asked                    2,342.66
                ...  him for docs showing Def pd                      2,342.66
                ...  off previously; he                               2,342.66
                Time: 13:41
                AR   sd Def says he pd w/ money                       2,342.66
                ...  order prob and has no copy                       2,342.66
                ...  since he was living in Mexico.  JA               2,342.66
1/21/08   BCA   Billed Court Costs Receive      PDP                   2,342.66
                Time: 8:34
1/22/08   >SR   EDI Rcvd Reqst Spec Stat F/Fwd                        2,342.66
                ...  sent check copy to catty via                     2,342.66
                ...  mail and em                    SAS               2,342.66
                Time: 13:28
1/24/08   D:D   FTL Changed To FTL                                    2,342.66
          D:D   FTL Changed To FTL               TG                   2,342.66
                Time: 8:51
1/29/08   ARV   I sent an email to ja to see                          2,342.66
                ...  if he would like me to prepare                   2,342.66
                ...  the dflt packet now.           NB                2,342.66
                Time: 11:58
2/08/08   D:S   Doc(s) Scanned by rlang                               2,342.66
                Time: 12:43
          D:S   Doc(s) Scanned by rlang          IMG                  2,342.66
                Time: 18:09
2/19/08   D:D   FTL Changed To FTL                                    2,342.66
          D:D   FTL Changed To FTL               TG                   2,342.66
                Time: 18:01
2/27/08   D:D   FTL Changed To FTL                                    2,342.66
          D:D   FTL Changed To FTL               TG                   2,342.66
                Time: 12:41
3/05/08   ARV   ACCOUNT REVIEWED                                      2,342.66
                ...  ATTY WORKING THIS FILE WILL                      2,342.66
                ...  CONTACT JA                     RB                2,342.66
                Time: 11:09
3/12/08   D:D   FTL Diary Deleted By RB                               2,342.66
                Time: 11:10
          ARV   ACCOUNT REVIEWED                                      2,342.66
                ...  sent email to JA to find out                     2,342.66
                ...  if the debtor is paying this                     2,342.66
                ...  or filing bk                   RB                2,342.66
                Time: 8:03
3/20/08   D:D   >SR Diary Deleted By RB          RB                   2,342.66
                Time: 15:45
```

CFSNK 0085

NOL EXHIBIT 3.14

```
DATE: 8/21/08    12/18/06     FILE HISTORY              PRINTED BY: KTANAKA    PG: 15 File #: 6-17414-0
3/21/08  ARV  Per ja, hold off on dflt.      NB                    2,342.66
         Time: 10:06
3/31/08  DC   CH: DEBTOR CALLED                                    2,342.66
         Time: 10:06
         ...  SD PULLED CBR & SHOWS THIS                           2,342.66
         ...  ACCT FROM 2006 WHEN IT IS FROM                       2,342.66
         ...  2003  TOLD HIM CANNOT DISCUSS                        2,342.66
         ...  WITH ANYONE BUT HIS ATTY       JW                    2,342.66
         Time: 10:00
5/08/08  INC  Interest 12/14/07- 5/08/08            45.83          2,388.49
         LTA  CML: LETTER TO ATTORNEY                              2,388.49
         Time: 17:14
         D:D  RFD Diary Deleted By JA                              2,388.49
         Time: 17:26
         AR   ATTORNEY/MANAGER REVIEWED                            2,388.49
         ...  Sent ltr to OPC giving until                         2,388.49
         ...  5/23 to SIF w/ us at $1,200 or                       2,388.49
         ...  to file answer or I will apply                       2,388.49
         ...  for def jud. Ltr to imaging.   JA                    2,388.49
         Time: 16:26
5/09/08  D:D  TG  Diary Deleted by U11                             2,388.49
         D:A  CWB Diary Code Added                                 2,388.49
         D:A  RTF Diary Code Added           TG                    2,388.49
         Time: 14:31
5/13/08  D:D  RTF Diary Deleted By RB        RB                    2,388.49
         Time: 7:58
5/19/08  AR   ATTORNEY/MANAGER REVIEWED                            2,388.49
         ...  Recd ltr from OPC by email;                          2,388.49
         ...  ltr addressed to JA but sent                         2,388.49
         ...  to me due to JA's email auto                         2,388.49
         ...  reply "out of office." Ltr                           2,388.49
         ...  advising he recd JA's ltr of                         2,388.49
         ...  5/8 and responds by saying                           2,388.49
         ...  thanks but no thanks on the                          2,388.49
         ...  SIF and he is filing a cross-                        2,388.49
         ...  complaint against our client                         2,388.49
         ...  for a host of FDCPA and                              2,388.49
         ...  Rosenthal violations (recites                        2,388.49
         ...  13 claims). Appears that he is                       2,388.49
         Time: 8:01
         AR   still willing to consider a                          2,388.49
         ...  dismissal.                                           2,388.49
         Time: 9:53
         AR   ATTORNEY/MANAGER REVIEWED                            2,388.49
         ...  called OPC to acknowledge recd                       2,388.49
         ...  ltr and will leave for JA to                         2,388.49
         ...  handle upon return; had to                           2,388.49
         ...  leave a vm.                    GZ                    2,388.49
         Time: 11:18
5/20/08  AR   ATTORNEY/MANAGER REVIEWED                            2,388.49
```

CFSNK 0086

```
DATE: 8/21/08    12/18/06      FILE HISTORY           PRINTED BY: KTANAKA    PG: 16 File #: 6-17414-0
                 ... revd acct and ltr with JA over                  2,388.49
                 ... the phone; he said to send a                    2,388.49
                 ... copy to client (Eli). I                         2,388.49
                 ... emailed a copy to Eli.         GZ               2,388.49
                 Time: 17:16
        5/22/08  D:D                                                 2,388.49
                 Time: 17:16
                 AR  ATTORNEY/MANAGER REVIEWED                       2,388.49
                 ... Recd email from OPC                             2,388.49
                 ... threatening cross-complaint.                    2,388.49
                 ... Also claims to hv incurred                      2,388.49
                 ... $22k (!!!) in attys fees so                     2,388.49
                 ... far and will be looking to                      2,388.49
                 ... settle that out too!!                           2,388.49
                 ... Emailed him back advising I                     2,388.49
                 ... will w/hold from def jud tom                    2,388.49
                 ... until 6/4 so I can review the                   2,388.49
                 ... email, draft of cross-compl he                  2,388.49
                 ... sent, and his prior ltr that                    2,388.49
                 ... arrived while I was gone w/                     2,388.49
                 ... the client.                   JA                2,388.49
                 Time: 10:22
        5/27/08  D:A TM5 Diary Code Added          KAC               2,388.49
                 Time: 10:48
                 AR  ATTORNEY/MANAGER REVIEWED                       2,388.49
                 ...                                                 2,388.49
                 ...     REDACTED                                    2,388.49
                 ...                                                 2,388.49
                 ...     REDACTED                                    2,388.49
                 ...                                                 2,388.49
                 ...                                                 2,388.49
                 ...     REDACTED                                    2,388.49
                 ...                                                 2,388.49
                 ...     REDACTED                                    2,388.49
                 ...                                                 2,388.49
                 Time: 10:52
                 AR  Emailed copy of the                             2,388.49
                 ... cross-complaint to Tina Thomas                  2,388.49
                 ... and emailed her a brief recap                   2,388.49
                 ... of history of file.           JA                2,388.49
                 Time: 16:49
        5/29/08  ARV ACCOUNT REVIEWED                                2,388.49
                 ... stat req to process server   KAC                2,388.49
                 Time: 13:22
        6/11/08  ARV ACCOUNT REVIEWED                                2,388.49
                 ... status req to process server KAC                2,388.49
                 Time: 12:48
        6/24/08  D:S Doc(s) Scanned by rlang      IMG                2,388.49
                 Time: 13:02
        6/27/08  ARV lmvm w/ process server Vincent                  2,388.49
```

CFSNK 0087

NOL EXHIBIT 3.16

```
DATE:  8/21/08    12/18/06      FILE HISTORY              PRINTED BY: KTANAKA    PG: 17 File #:  6-17414-0
              ...  Vance; 619/701-1004        KAC                    2,388.49
              Time: 17:30
7/01/08  ARV  ACCOUNT REVIEWED                                        2,388.49
              Time: 17:30
              ...  status req to process server   KAC                 2,388.49
              Time: 9:53
7/09/08  D:A  RFD for LC  06/05/08 redated   NB                       2,388.49
              Time: 10:48
7/10/08  D:S  Doc(s) Scanned by acozakas     IMG                      2,388.49
7/11/08  DIS  DOC-DISMISSAL                                           2,388.49
              Time: 11:26
         AR   ATTORNEY/MANAGER REVIEWED                               2,388.49
                                                                      2,388.49
              ...      REDACTED                                       2,388.49
              ...                                                     2,388.49
              ...      REDACTED                                       2,388.49
              ...                                                     2,388.49
              ...      REDACTED                                       2,388.49
              ...                              JA                     2,388.49
              Time: 9:30
7/15/08  ARV  Spoke to the clerk at the                               2,388.49
              ...  court and she said that a                          2,388.49
              ...  answer or a cross complaint                        2,388.49
              ...  had not been filed w/ the                          2,388.49
              ...  court yet. She also said that                      2,388.49
              ...  they have not received the                         2,388.49
              ...  dismissal yet on this file. I                      2,388.49
              ...  left a message for the                             2,388.49
              ...  dismissal clerk to call me                         2,388.49
              ...  back (Calvin)               NB                     2,388.49
              Time: 14:18
7/22/08  AR   ATTORNEY/MANAGER REVIEWED                               2,388.49
              ...  Emailed TR: Pls call court to                      2,388.49
              ...  find out (1) was dismissal                         2,388.49
              ...  filed and, if yes, when? and                       2,388.49
              ...  (2) did Def file either a                          2,388.49
              ...  x-complaint or answer BEFORE                       2,388.49
              ...  we filed the dismissal?     JA                     2,388.49
              Time: 10:53
7/24/08  ARV  Calvin left a message for me                            2,388.49
              ...  saying that the dismissal has                      2,388.49
              ...  been received and it was                           2,388.49
              ...  entered. We should receive the                     2,388.49
              ...  entered dismissal shortly   NB                     2,388.49
              Time: 11:28
         AR   ATTORNEY/MANAGER REVIEWED                               2,388.49
              ...  Recd email from OPC advising                       2,388.49
              ...  that he had not recd a                             2,388.49
              ...  dismissal so he wld be filing                      2,388.49
              ...  a x-compl. Emailed him back                        2,388.49
              ...  that, per Calvin at court,                         2,388.49
```

```
DATE: 8/21/08    12/18/06     FILE HISTORY              PRINTED BY: KTANAKA    PG: 18 File #:  6-17414-0
            ...  dismissal was filed 7/11.                                    2,388.49
            Time: 13:19
            AR   Recd email from OPC; he                                      2,388.49
            Time: 13:19
            ...  intends to call the court to                                 2,388.49
            ...  confirm. Sys he still intends                                2,388.49
            ...  to file a FEDERAL case for                                   2,388.49
            ...  FDCPA and Rosenthal claims.                                  2,388.49
            ...  Forwarded email to RSK just as                               2,388.49
            ...  a heads up.                      JA                          2,388.49
 7/29/08    SR>  *CC:R112 spoke to Jon @ cattys                               2,388.49
            ...  office who confirmed dismissal                               2,388.49
            ...  was filed on July 11, 2008                                   2,388.49
            ...  their office is waiting on an                                2,388.49
            ...  endorsed copy from the court.   332                          2,388.49
            Time: 16:03
 7/30/08    D:A  FTL for RB  03/27/08 redated    RB                           2,388.49
 7/31/08    SR>  *CC:R112 spoke to Jon @ cattys                               2,388.49
            ...  office who confirmed dismissal                               2,388.49
            ...  was filed on July 11, 2008                                   2,388.49
            ...  their office is waiting on an                                2,388.49
            ...  endorsed copy from the court.   332                          2,388.49
            Time: 13:09
 8/01/08    >SR  EDI Rcvd Reqst Spec Stat F/Fwd                               2,388.49
            ...  spoke to Jon @ cattys office                                 2,388.49
            ...  who confirm                     SAS                          2,388.49
            Time:  8:41
 8/04/08    D:A  RFD Changed To MCL                                           2,388.49
            D:A  RFD Changed To RFD                                           2,388.49
            Time:  8:41
            AR   ATTORNEY/MANAGER REVIEWED                                    2,388.49
                                                                              2,388.49
            ...      REDACTED
            ...                                                               2,388.49
            ...      REDACTED                                                 2,388.49
            ...                                                               2,388.49
            ...                                                               2,388.49
            ...      REDACTED                                                 2,388.49
            ...                                                               2,388.49
            ...                                                               2,388.49
            ...      REDACTED                                                 2,388.49
            ...                                                               2,388.49
            ...                                                               2,388.49
            ...      REDACTED                                                 2,388.49
            ...                                                               2,388.49
            ...      REDACTED                     JA                          2,388.49
            Time: 10:00
            >SR                                                               2,388.49
            ...      REDACTED                                                 2,388.49
            ...                                   SAS                         2,388.49
 8/08/08    INC  Interest  5/08/08- 8/08/08              28.88                2,417.37
            Time: 17:59
```

CFSNK 0089

NOL EXHIBIT 3.18

```
DATE: 8/21/08    12/18/06      FILE HISTORY              PRINTED BY: KTANAKA     PG: 19 File #: 6-17414-0
              D:D  LSN Diary Deleted By JB2        JB2                  2,417.37
              Time: 10:00
 8/11/08  INC  Interest  8/08/08- 8/11/08                  .94          2,418.31
              Time: 11:06
              D:D  >SR Diary Deleted By RB                              2,418.31
              Time: 11:07
              D:D  >SR Diary Deleted By RB         RB                   2,418.31
              Time: 8:20
 8/12/08  W:3  U3/Chg Wkby From RB  to RSK         DK                   2,418.31
              Time: 12:18
              D:S  Doc(s) Scanned by ktanaka       IMG                  2,418.31
              Time: 12:50
 8/14/08  AR                                                            2,418.31
          ...         REDACTED                                          2,418.31
          ...                                      JF                   2,418.31
 8/19/08  EN1  ENVELOPE                                                 2,418.31
          EN1  ENVELOPE                                                 2,418.31
              Time: 16:04
              ARV  Mailed notice of dismissal to                        2,418.31
              ...  opc and the court today.       DMK                   2,418.31
              Time: 14:04
              D:S  Doc(s) Scanned by dsullivan     IMG                  2,418.31

****************** DIARY ******************

12/04/07  PSR    REDACTED              LC   12/04 RPR Recv'd Docs from Process Servr
 5/27/08  TM5    REDACTED              KAC  amend to s/s
 8/04/08  MCL    REDACTED              SAS
 8/14/08  FTL    REDACTED              RSK
```

CFSNK 0090